1  **JOSEPH W. COTCHETT**
   (SBN 36324; jcotchett@cpmlegal.com)
2  **TAMARAH P. PREVOST**
   (SBN 313422; tprevost@cpmlegal.com)
3  **KEVIN J. BOUTIN**
   (SBN 334965; kboutin@cpmlegal.com)
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7
   **PAUL W. REIDL**
8  (SBN 155221; paul@reidllaw.com)
   **LAW OFFICE OF PAUL W. REIDL**
9  25 Pinehurst Lane
   Half Moon Bay, CA 94019
10 Telephone: (650) 560-8530

11 *Attorneys for Plaintiff,*
   *TJTM Technologies, LLC*
12

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16 **TJTM TECHNOLOGIES, LLC,**              Case No. _____

17                  Plaintiff,              **CERTIFICATION AND NOTICE OF**
                                            **INTERESTED PARTIES**
18         v.

19 **GOOGLE LLC,**

20                  Defendant.

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  February 29, 2024

By: */s/ Joseph W. Cotchett*
**JOSEPH W. COTCHETT**
**TAMARAH P. PREVOST**
**KEVIN J. BOUTIN**
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

By: */s/ Paul W. Reidl*
**PAUL W. REIDL**
**LAW OFFICE OF PAUL W. REIDL**
25 Pinehurst Lane
Half Moon Bay, CA 94019
Telephone: (650) 560-8530

*Attorneys for Plaintiff,*
*TJTM Technologies, LLC*

---

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**     1

Law Offices
COTCHETT, PITRE & McCARTHY, LLP