UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJTM TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 24-cv-01232-TLT<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 32 |

　　　　The Court has reviewed and considered the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, ECF 32.

　　　　The amendments made to the Model Patent Protective Order for the Northern District of California serve well-respected functions in this context. For example, the amendments limit the exposure of highly confidential and trade secret information by reducing the persons with visibility of the information without disposing the possibility to conduct a mock jury trial. For those to whom the material is exposed, the Stipulated Protective Order requires confidentiality. *See, e.g.*, *id.* §§ 7.1, footnote 1 & 7.2(h). In turn, the amendments reduce risk of unfair competition by preventing leaks of protected information.

　　　　Additionally, the amendments caution against inadvertent disclosure with a three-year Acquisition Bar and Claw-Back provisions. *See id.* §§ 8(b) & 13; *see also* Fed. R. Civ. P. 26(b)(5)(B); Fed. R. Evid. 502(d). They further protect against automated disclosure in the event of an incidental failure to file a motion challenging the confidentiality of certain designated material. *See id.* § 6.3.

　　　　The parties stipulate to cordial notification and exchange practices to allow for precautions prior to the potential exposure of information to third party witnesses. This Court strongly appreciates such cooperation throughout discovery. Moreover, the precautions in place for

examination of such highly confidential material, *e.g.*, source code, provide abundant safeguards to ensure the proper protection of designated trade secrets. *See* Stip. Prot. Or., ECF 32, §§ 9 & 14.10. Last, the parties agree that the Northern District of California has continuing jurisdiction to enforce the Stipulated Protective Order succeeding *res judicata* of this action.

The Stipulated Protective Order is hereby **GRANTED**.

This Order resolves ECF 32.

**IT IS SO ORDERED.**

Dated: July 2, 2024

TRINA L. THOMPSON
United States District Judge

2