Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
MaryJo Lopez-Oneal (State Bar No. 337163)
mlopezoneal@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TJTM TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:24-cv-01232-TLT<br><br>**GOOGLE LLC'S NOTICE REGARDING MEDIATOR SELECTION AND PROPOSED SCHEDULE**<br><br>The Hon. Trina L. Thompson |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

GOOGLE LLC'S NOTICE RE MEDIATOR SELECTION / Case No. 3:24-cv-01232-TLT

45063\16944118

Pursuant to the Court's May 30, 2024 Minute Entry, Dkt. No. 30, Defendant Google LLC ("Google" or "Defendant") submits the following notice regarding mediator selection and proposed schedule.

The parties have not been able to reach an agreement on a mediator or mediation schedule.

Google proposes using one of the below mediators:

1. Randall Wulff
2. Hon. Elizabeth Laporte (Ret.)

In the interest of conserving resources, Google proposes conducting mediation after the close of fact discovery, which is currently set for June 20, 2025.

Dated: July 12, 2024                    FARELLA BRAUN + MARTEL LLP

                                        By:  _/s/ Winston Liaw_
                                             Winston Liaw

                                        Attorneys for Defendant GOOGLE LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

GOOGLE LLC'S NOTICE RE MEDIATOR SELECTION / Case No. 3:24-cv-01232-TLT

2

45063\16944118